

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00017-CV

IN THE INTEREST OF T.P., S.P.,
A.P., A.P., N.P., AND J.P.,
CHILDREN

------------

FROM THE 415TH DISTRICT COURT OF PARKER COUNTY
TRIAL COURT NO. CV11-1167

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On April 25, 2016, we affirmed the trial court's order sustaining the contest to appellant's affidavit of indigence and concluded that appellant was not entitled to proceed without payment of costs in this appeal.  *See* Tex. R. App. P. 20.1(g) (providing that the party filing an affidavit of indigence must prove its allegations). In our April 25, 2016 order, we also ordered appellant to pay the required $205.00 filing fee on or before **Thursday, May 5, 2016**, and to pay or make arrangements to pay for preparation of the appellate record on or before

---

[1]*See* Tex. R. App. P. 47.4.

**Thursday, May 5, 2016**.  We warned appellant in our order that her failure to pay either item would result in dismissal of the appeal for want of prosecution.  *See* Tex. R. App. P. 37.3(b), 42.3(c).  Appellant has not paid the required $205.00 filing fee and has not paid or made arrangements to pay for preparation of the appellate record.

Because appellant has failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 28, 2015,[2] we dismiss the appeal.  *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and SUDDERTH, JJ.

DELIVERED:  May 19, 2016

---

[2]*See* Supreme Court of Tex., *Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-district Litigation*, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing courts of appeals' fees).